# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
SEP 22 2025
LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

Sidney Bowman Jr.,

Plaintiff,

.V.

Civil Action No: 7:25CV676

P. Kotay

DILLON/MEMMER

R. Craft

D. Trent

Sued in their individual and official capacities

Defendants,

## COMPLAINT WITH JURY DEMAND

## 1. INTRODUCTION

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the united

States, filed by Sidney Bowman Jr., a State prisoner, for damages and injunctive relief, alleging delay in medical treatment, denial of medical care, and 'Deliberate indifference' in Violation of the Eighth Amendment to the united states constitution.

## II. JURISDICTION & VENUE

1 The court has Jurisdiction under 28 U.S.C. section 1331 and 1343(a)(3). Plaintiff Seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of civil Procedure.

2 The United States District court for the Western District of Virginia Roanoke division, is an appropriate venue under 28 U.S.C. Section 1391(B)(2) because it is where the events giving rise to this claim Occurred.

## III. PARTIES

3 The plaintiff Sidney Bowman Jr., "Plaintiff or Sidney" was incarcerated at Red Onion State Prison "ROSP" during the events described in this complaint.

4. Defendants P.Kotay and R.Craft are nurses employed by Virigina Department of correction "VDOC" at ROSP. They are sued in their individual and official capacities.

5. Defendant D.Trent is a Registered Nurse at Rosp who hold the position of Health Authority. He is generally responsible for ensuring all provisions of medical care to prisoners. He is sued in his individual and official capacity

6. ALL defendants acted under Color of State law

## IV. FACTS

7. Plaintiff has a well documented history of Chronic perirectal abscesses dating back to 2017. At times since then, plaintiff has been seen several times for this condition. Prior to these claims, the most

Sereve issue was in December of 2022. Plaintiff had to stay in the Medical Observation Unit "MOU" (A place within the prison where inmates can be monitored by the prison's health staff, that written treatment plans are required for inmates requiring health care Supervision.) where he had an incision and drainage performed twice, on December 8, 2022 and December 14, 2022 during his twelve day stay in MOU due to perirectal abscess in the same area as the following Facts.

## DENIAL OF MEDICAL CARE

8 On or about February 28, 2024 plaintiff filed a sick call request to be seen for bumps on the inside of his butt cheeks. As he waited to be seen the bumps (abscess) became worse than they ever had prior. He was housed in C-1 pod cell C-118.

9. On March 3, 2024 At 2:29 A.m. plaintiff filed an emergency grievance "EG" after waking up in extreme pain. The EG stated "I'm in extreme pain. I have a pocket (bubble) like bump on the inside of my right butt cheek that is pushing against my anus and it has gotten worse. It hurts to

Stand to long, cause I can feel it pushing on my anus, also I can not sit on it without being in pain. I can really only lay on my stomach cause every other position put me in pain. This bump has to be cut and drained like it was done the last few times this has happen to me."

10. Without ever coming to conduct a medical assessment on Plaintiff, Defendant P. Kotay "Kotay" deemed the EG as a non-emergency (indicating immediate risk of serious personal injury or irreparable harm was not present.) Kotay written in Plaintiff file she assessed him at 4:50 A.m. for bumps around his anus without him given written consent.

11. In accord with VDOC Operating procedure 720.1 (I)(L)(1) Access to Health Services (Before any invasive medical, surgical, or special procedure is performed on an inmate or CCAP probationer/parolee, The inmate or CCAP probationer/parolee will give informed consent using the Health services Treatment Consent/Refusal Form.) Since plaintiff never signed one this never occurred.

12. Plaintiff did not get any medical assistance beside Tylenol being added to his medication. At 6:39 A.m. Plaintiff ask SGt. Needly to call medical due to him leaking blood and pus. SGt. Needly left and when he came back he informed plaintiff medical said there was nothing to do.

13. Off and on plaintiff attempted to sleep through the pain of the abscesses pressing against his anus until approximately 9:50 p.m. When he woke up to blood and pus pouring out the abscess. Plaintiff attempted to receive medical care by asking the floor officer for an EG, instead the officer called the SGt. Taylor. He came to plaintiff door seen him and called medical, medical told him not to give Plaintiff a EG, so Plaintiff suffered in pain through-out the night. Plaintiff pain remain a 10 the entire time.

14. On March 4, 2024, Plaintiff seen the Nurse Practitioner "NP" Jesse due to the perirectal abscesses the NP performed an incision and drainage, in the process discovered an almost two inch deep area inside, and had plaintiff sent to

The ER. The Plaintiff was given IV's of Clindamycin (cleocin); Inpamidol (isovue-370); and MetroNIDAZOLE (Flagyl). Along with tablets of levofloxacin (levaquin; MetroNIDAZOLE (Flagyl); Ciprofloxacin (cipro), and a CT scan of my pelvis which showed a small perianal fluid collection measuring approximately 1.8 cm. Plaintiff was released with medication orders for Ciprofloxacin and MetroNIDAZOLE both 500 Mg tablets

15. On or about March 28, 2024 Plaintiff was sent to an out of Prison "OFFsite" Doctor Visit with Dr. D'Amato who schedule a colonoscopy and a Fistulotomy for a diagnosis of perianal fistula. Plaintiff was told he may have

16. May 8, 2024, Plaintiff had his procedures. Operative Note Attached as Exhibit A. The Medications Toradol, for anti-inflammatory used for moderate to severe pain. Also, Doxycyline for help with infection. I was informed to Notify the DR. IF have shortness of breath, Redness and/or swelling, chest pain, drainage, Palpitations, increased pain, bleeding, Fever, Dizziness, or weight gain.

17. May 9, 2024, Plaintiff was given his Doxycyline and Toradol as prescribed.

## DENIAL OF PROSCRIBE MEDICATION

18. May 10, 2024, Defendant R. Craft "Craft" Worked the Medical housing Unit where Plaintiff was housed recovering medical cell# . At approximately Seven O'clock Craft brung morning pill pass. Plaintiff informed Craft Doxycyline was not in his medicine cup. Craft told him he did not have any. Plaintiff told craft he received it the day before, craft response was "well it's not here, I don't know what to tell you".

19. Later that day, Craft brung evening pill pass. without Doxycylline again. Plaintiff asked Craft to double check on the medication because he was positive he was suppose to receive it, and he taken it twice the day before. Craft stated "For what, I told you ealier you don't have any". Then went to the next cell.

20. May 11, 2024, Craft worked Medical housing again, She brung morning pill pass without Doxycyline again.

Plaintiff explained that the night shift nurse informed him he did indeed have Doxycyline order in his medical file. Craft told him "You'll get it when you get it!"

21. Sometime around 11 O'Clock Plaintiff asked officer J. McCarty to inform Craft if she would bring his Toradol because he was in pain. Craft stated "I can't give you any until one O'clock!" (P.M.)

22. At one O'Clock when Craft did not bring the Toradol Plaintiff repeatedly ask/beg during officers security signature check rounds to inform Craft his pain was increasing and he needed his pain medication. Craft said she was busy and could not bring it. Despite Craft knowing plaintiff need for his proscribe medication to get relief from the excruciating pain, craft left the medical unit to complete pill pass in other building units first. Leaving plaintiff suffering in pain.

23. Without any pain medication, he attempted to do whatever he thought would give him relief. He laid on his stomach with clothes rolled up under him pressing a wet rag

on the fistulotmy which only got the rag bloody. He laid on his back clothes rolled up under him with knees pulled to his Chest trying to hold the fistulotmy area Closed with his hands, when that did not help, he alternated between sitting and laying on hip bones. Finally he settled with leaning forward with head on sink on top of forearms. This gave little relief to the Constant throbbing pain he felt.

24. Despite plaintiff repeated request to get the toradol, Craft never came with it. At Approximately 4:58 p.m. Officer J. McCarty turned plaintiff EG Log No#180193, EG Attached as Exhibit B ..

25. The EG Stated "I am in severe pain, I have been trying to get pain meds since one O'Clock p.m. I can not see where I had an Operation but where I had been cut is open wide!! I am open almost best described as an over cooked Hotdog, swelled and burst open. It's getting worse. I need to be seen Immediately about this. I can't sit down and laying down hurts. Standing only gives me a little relief but makes my body weak."

26. Craft brung evening pill pass after five p.m. Without Doxycyline again and this time no Toradol. Plaintiff was not given any pain medication until his EG was answered at 6:15 p.m. he was given Toradol and Tylenol x2 500 mg tablets, and referred to the NP by the night nurse.

27. May 12, 2024, Craft finally give me all medication prescribe to me, but intentionally stop documenting her interactions with plaintiff in his Health Services Complaint and Treatment Form after her May 10, 2024 seven O'Clock A.m. round to cover up her denial of plaintiff medication and treatment. Health Services Complaint and Treatment Forms May 9, 2024 (0630 time) until May. 12, 2024 (1730 time) Attached collectively as Exhibit C.

28 This is the second time Craft have intentionally stop documenting her interaction with plaintiff. The first time was in September 2023 Grievance attached as Exhibit D. (Grievance - 23-REG-00615)

29. May 16, 2024, Plaintiff was examined by NP, during exam two open areas with purulent drainage was found. Due to this she prescribed hibiclens, Sitz bath for 30 days, Tylenol x2 for

30 days, follow up as needed, and scheduled follow up with Dr. D'Amato.

30. May 20, 2024 plaintiff was released from medical and sent to C-1 pod cell C-137. The sitz bath was taken away from him.

31. June 4, 2024, Plaintiff submitted a sick call request by giving it to the nurse during evening pill pass. The request asked to see the Dr. due to the area he had surgery was still open swollen leaking pus and bleeding. Inflammation (swelling) throughout his body, blood in his stool, stomach bloated and hard to the touch, when using the bathroom and when wiping blood soaks the tiolet tissue. Pain is between 8-10.

32. Sick call request goes into a mailbox located in medical then sorted and passed out to the right medical department. Sick call request are normally picked up through pill pass or mail pick up.

33 In accord with VDOC 720.1 Access to Health services (II)(C) Medical requests should be triaged within 24 hours by a Registered Nurse "RN" and the inmate or CCAP probationer/parolee will be seen by a RN within 72 hours (96 hours on

weekends.)

34. When that request wasn't answered plaintiff Filed two more request stating the exact same issues on June 8, 2024 and June 14 2024. After another seven days of verbally explaining to nurse during pill passes what he was going through and being told to File sick cell request to be seen Plaintiff filed a fourth ~~Sock~~ call request on June, 21, 2024.

35. On June 27, 2024, After repeated denials to respond to plaintiff sick call. Sidney Filed a grievance in an attempt to be seen but he was not

36. July 4, 2024, Plaintiff Filed an EG at 10:49 A.m. officer L. Fleming Signed the EG receipt for Plaintiff EG LOG NO #181946, EG Receipt Attached as Exhibit E. Medical never Seen plaintiff or returned the EG.

37. The EG explained Sidney Filed Four sick call request never seen for he was having severe pain in his stomach and butt area. Constantly bleeding and leaking pus. Have no pain medication. Having a hard time getting out of bed. Feeling hot on the outside freezing inside. Bleeding from rectum, and Stomach extended

all the way out as if Full and hard to the touch, Chills and headache.

38. Officer L.Fleming handled Plaintiff's EG in accord with VDOC Operating procedure 866.1 Inmate Grievance procedure VII (C)(2) "When the Emergency Grievance must leave the presence of the Inmate, staff must complete receipt at the bottom of the Emergency Grievance and hand it directly to the inmate." and (D)(1)(a) "All Emergency Grievance regarding medical, mental Health, and dental Care must be forwarded to the medical Department for review and response."

INTENTIONAL DELAY IN TREATMENT DUE TO RETALIATORY REASONS

39. July 5, 2024 at approximately 2:19 p.m. Trent passed out medication in C-building C-1 pod. Trent spoke with plaintiff at his cell door, Plaintiff showed trent the EG receipt from the day before and explained to him what was wrote in the EG. Plaintiff asked to be seen by the Doctor to get pain medication, gauzes, and hibiclens to clean the Fistulotmy area since none of the sick call request been answered.

40 Trent told plaintiff "we got your request, we will see you when we get around to it." Plaintiff asked Trent if he could be proscribe pain medication because his pain was constant and between a 9-10. To show how bad it was, plaintiff showed Trent his boxers he took off prior to him getting to his door. The blood and puss was clearly present up and down the backside, inside and out.

41 Trent responded to this by stating "Stop writing complaints and we'll get to you". Plaintiff replied to this by telling him he just want to be seen and get proper care. Trent just walked away.

42 Despite having personal knowledge of the severity of plaintiff medical issues and the pain he was in, Trent did not place plaintiff on pain medication or the doctor list. Not wanting to upset anyone else, so plaintiff endured in pain several more days hoping he would then be seen for treatment

Until he could not wait any longer to be seen.

43 July 11, 2024 plaintiff filed an EG, Officer burke Signed the EG receipt log #181943, both collectively attached as Exhibit [redacted]F.

44 The EG stated "I am in severe pain, I still have a Open wound on the inside butt cheek that still bleeds and swells. When I use the bathroom and wipe myself a lot of blood end up on the tiolet paper. This is my Second Emergency Grievance about this and I've filed several sick call request and spoke with RN Trent 7-5-24 approximately 2:19 p.m. and have not been seen. I have blood and pus continously leaking out of me everyday. I have been asking for pain meds because my pain stays between 8-10."

45 Plaintiff was finally seen for this EG, Health services

Complaint and Treatment form From 7/11/2024 Attached as Exhibit G. Proscribe Hibiclens, Tylenol, Motrin, and gauzes

46 July 18, 2024, Plaintiff was finally seen by NP, where perirectal abscess was found still present and referred plaintiff back to Dr. D'Amato. Health Services Complaint and Treatment form From 7/18/2024 Attached as Exhibit H.

47. August 12, 2024 plaintiff went to an offsite visit to see Dr. D'Amato at his office. Plaintiff was proscribed Naproxen for pain, Flagyl, and referred to colorectal surgery for second opinion.

48 On August 27, 2024 plaintiff filed a sick call request due to sharp stabbing pains in the groin, stomach, lower back, chest, shoulders, underarms, neck, face (eyes, nose, forehead), ears, head, and back feel swollen/inflammed. Also for three days a total of ten VO5 shampoo bottles (15 oz) up with spit. He was told he was placed on sick call list.

49. September 6, 2024, after not seeing a nurse or NP for his sick call Sidney filed an EG Stating

"I am having sharp stabbing pain in my groin, Stomach, lower back, chest, Shoulders, underarm, neck. Since 8-23-24. That continues to worsen. Now when I use the bathroom blood not only drips out but when I wipe nothing but blood Soaks the tissue. I have inflammation all throughout my body that is worsen. I been waiting to see a RN or doctor Since 8-27-24 (I only exit my cell to shower in order to clean the open wound on the inside of my butt cheek).

50. Without ever coming to conduct a medical assessment on plaintiff, Kotay once again deemed Sidney EG as a non-emergency. Kotay stated "This isn't an emergency saw that you was offered your sick on 8/29/24 @ 7:42 am and refused it will refer to provider".

51. Based off a false record in Sidney File Kotay refused to give him any treatment. Plaintiff suffered in pain that was between 8-10 non stop.

52. September 12, 2024 Plaintiff filed a EG stating "I am having stabbing pain in my groin, stomach, back, chest, shoulders, underarms, and neck still. I have bad inflammation

throughout these areas and in ball, penis, hips, and the area between my balls and anus. I am still bleeding uncontrollable from where I had anal Fistulotomy. When I have a bowel movement, when I wipe nothing but blood soaks the tissue. I'm losing blood everyday. I have not been seen For sick call, Emergency Grievance, nor Dr. I Have Never refused Any Medical treatment or to be seen. I am in extreme pain RN KoTay never assesed me for Emergency Grievance #182745. I Just Want Help and I will stop writing". Plaintiff was evaluated For this EG, refered to NP Given Pain Medication

53. Plaintiff was finally given sugery in 2024. to close the open Fistulotomy. December 15, 2024

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

54 The Plaintiff has exhausted his administrative remedies to all claims

## LEGAL CLAIMS

Plaintiff reallege and incorporate by reference Paragraphs

## DELIBERATE INDIFFERENCE

The failure of Defendant P.Kotay to assess or give plaintiff medical evaluation forced him to suffer in pain for over 30 hours and falsely writing she seen plaintiff and his emergency grievance was not an emergency, despite knowing she did not constitutes deliberate indifference to the plaintiff's serious medical needs for perirectal abscesses in violation of the Eighth Amendment 'Cruel and unusal punishmen' to the United States Constitution and caused plaintiff pain, suffering, Physical injury and emotional distress.

The intentional denial of proscribe medication of Doxycyline for two days straight and Toradol for over six hours caused Plaintiff to have an infection and be in severe pain for hours. Defendant R.Craft despite her knowledge of doctor's orders and Plaintiff serious medical need, constituted Deliberate Indifference to Plaintiff medical needs. Defendant R.Craft

actions Violated Plaintiff's right under the Eighth Amendment 'Cruel and unusal Punishment' to the united states constitution and caused Plaintiff pain Suffering, Physical injury and emotional distress

Defendant D.Trent was Deliberate INdifference to Plaintiff serious medical need when he intentionally delayed and denied Plaintiff medical care because of the grievances Plaintiff filed. Defendant D.Trent actions Violated Plaintiff's rights under the Eighth Amendment 'Cruel and unusal Punishment' to the United States Constitution and caused Plaintiff pain suffereng, physical injury, and emotional distress.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully pray that this court grant the following relief:

A. Issue a declaratory Judgment.

Declare that Defendants D.Trent, P.Kotay, and R.Craft actions and inactions violated plaintiff's Eighth Amendment right to medical Care;

B. Issue an injunction Ordering Plaintiff be sent to a qualified medical facility to take care of his continued medical needs;

C. Award Compensatory Damages in the Amount:

$ 2.5 Million dollars jointly and severally against Defendant D.Trent, P.Kotay, and R.Craft for the physical and emotional injury resulting from their failure to provide adequate Medical care;

D. Award Punitive damages in the Amount

$ 2.5 Million dollars for his physical and psychological pain and Suffering

E. Plaintiff also seeks a jury trall on all issues trailable by jury;

F. Plaintiff also seeks recovery of costs in this suit;

G. Any additional relief this court deems just, proper, and equitable;

Date: 8/ 8 /2025

Respectfully submitted
/s/ Bow
Sidney Bowman #1396143
Pro-se Plaintiff
VDOC centralized Mail Dist. Cntr.
3521 Woods WAY
State Farm, VA 23160

# VERIFICATION

I, Sidney Bowman Jr., have read the Foregoing complaint and hereby Verify that the matters alleged therein are true and accurate to the best of my knowledge and belief. I Certify under penalty of perjury (pursuant to 28 U.S.C. §1746(2)) that the Foregoing is true and correct, on this 8 day of August, 2025.

[signature]

STATE of VIRGINIA
City/County of

I, Sidney Bowman Jr., the plaintiff in this action, do hereby Certify that, under penatly of perjury (pursuant to Va. Code §8.01-4.3) the facts set forth herein are true and correct to the best of my knowledge and belief.

[signature]

State of VIRGINIA
City/County of

The foregoing signature of Sidney Bowman Jr., was personally signed before me, a Notary Public in and for the state of Virginia, in the city/county of WRL on this 8 day of August 2025

B N JONES
NOTARY PUBLIC
REG. #8120931
MY COMMISSION EXPIRES 4/30/2028
COMMONWEALTH OF VIRGINIA

I certify that the above notary is not a party to this action.

[signature]
Inmate Signature

[signature]

Sidney Bowman
Red onion State Prison
P.O. BOX 970
Pound, VA 24279

VIRGINI
HAS NE
ITEM TH
DOES N
FOR ITS

UNITED STAT
CLERK OFF
210 Franklin
Roanoke, VA

RECEIVED
SEP 17 2025
MAILROOM

$3.56

"LEGAL MAIL"

A DEPARTMENT OF CORRECTIONS
THE[illegible] CENSORED OR INSPECTED
EREFORE, THE DEPARTMENT
OT ASSUME ANY RESPONSIBILITY
CONTENTS

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 24279 $ 003.56⁰
02 7W
0008039583 SEP 17 2025

ES DISTRICT COURT
ICE
Road SW Suite 540
24011

RECEIVED
SEP 22 2025
USDC Clerk's Office
Mail Room