Red Onion State Prison
P.O. Box 970
Pound, VA 24279

September 11, 2025

CLERK OFFICE
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011

Re: Sidney Bowman Jr v. P. KoTay, A. Craft, D. Trent

Dear Clerk office

I Sidney Bowman Jr, am presenting this complaint pursuant to 42 U.S.C. Section 1983 for Filing, and request that it be conditionly docketed upon the application and grant of 'IFP' Status.

I would like to put it on record, Virginia Department of corrections has a policy where all legal mail is sent to the Following address which delays mail 10-15 days.

Respectfully submitted
Sidney Bowman #1396143
VA DOC Central mail Distribution center
3521 Woods Way
State Farm, VA 23160