## Routed Notes

**Op Note signed by D'Amato, Luciano, MD at 5/8/2024 9:52 AM**

Author: D'Amato, Luciano, MD Service: — Author Type: Physician
Filed: 5/8/2024 9:52 AM Date of Service: 5/8/2024 9:47 AM Status: Addendum
Editor: D'Amato, Luciano, MD (Physician)
Related Notes: Original Note by D'Amato, Luciano, MD (Physician) filed at 5/8/2024 9:51 AM

## OPERATIVE NOTE

**Date:** 5/8/2024

**Name:** Sidney L Bowman **Time:** 9:48 AM
**MRN:** 01032401 **Attending:** D'Amato, Luciano, MD
**Date of Birth:** 11/25/1989 **Chart ID:** 01032401-NNCH ELECTR-4
**Admission Date:** 5/8/2024 **Bed Location:** NCH OR/NCH OR POOL

**Code Status:** PERIOP Full Code / Attempt Resuscitation **LOS:** 0 days

Pre-Op Diagnosis Codes:
* Perianal fistula [K60.3]

Post-Op Diagnosis Codes:
* Perianal fistula [K60.3]
* Normal exam [Z00.00]
* External hemorrhoids [K64.4]

Procedure: Procedure(s):
COLONOSCOPY FLX DX
Anal fistulotomy x2

**Surgeons and Role:**
**Panel 1:**
* **D'Amato, Luciano, MD - Primary**

**Panel 2:**
* **D'Amato, Luciano, MD - Primary**

**Anesthesia:** Monitor Anesthesia Care

**Description of procedure:** Patient is taken to the OR, placed on the OR table, induced and intubated. Patient is moved in the lithotomy position. Time-out is called. Anal inspection shows generous hemorrhoid tags mostly on the left side and superiorly with suspicion of a possible anal fissure anteriorly and posteriorly. Olympus 180 flexible colonoscope is advanced into the rectum. The scope is advanced carefully to the cecum through a clean colon. Images cecum- ileocecal valve obtained. The colonoscope is gradually withdrawn. No abnormality noted. The colonoscope is removed.
The patient is kept in lithotomy position. The perineum is prepped and draped as per routine. Preoperative IV antibiotics are given. Time-out is again called. There are small scars on both sides of the perianal area. Left side is addressed 1st. There are 3 scars which upon injection of peroxide show drainage indicating communication. No peroxide is noted to leak from the anal canal. These 3 scars are connected with Bovie with dissection to the subcutaneous tissue.

**Routed Notes (continued)**

**Op Note signed by D'Amato, Luciano, MD at 5/8/2024 9:52 AM (continued)**

Left side is also probed. There are 2 opening 1 at 9 o'clock, the 2nd 1 superiorly at 11 o'clock, close to the anus. Peroxide is injected showing leakage of peroxide at 11 o'clock as well as anterior superficial anal canal area. Of this tract are connected with cautery and the fistulous are opened. Hemostasis completed. Betadine gauze is applied on both wounds. Dressing applied. Patient is moved in supine position, reversed extubated Patient transferred to recovery-blood loss is minimal-counts correct

**Complications:** none

**Condition:** stable

**Specimens Removed:**
* No specimens in log *

Luciano D'Amato, MD
9:48 AM 5/8/2024

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Emergency Grievance** 866_F4_4-16

## Emergency Grievance

Log # 180193

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

| Offender Last Name | First | Number | Facility | Building-Cell/Bed |
|---|---|---|---|---|
| Bowman | Sidney | 1396143 | ROSP | Med#4 |

## PART A- OFFENDER CLAIM

What is the emergency? I am in serve pain, I have been trying to get pain meds since 1:00 p.m. I can not see where I had an operation but where I had been cut is open WIDE!! I am open almost best described as a over cooked Hot dog, swelled and burst open. it's getting worse. I need to be seen IMMedatcly about this. I can't sit down and laying down hurts. Standing only gives me a little relief but makes my body weak.

Date/Time: 5/11/2023

Offender Signature and Number: [signature] 1394143

## PART B- STAFF RESPONSE

(This part is to be completed and returned to the offender within eight (8) hours.)

☒ Your grievance does not meet the definition for an emergency. Action Taken/Recommended:

- ☐ Submit Informal Complaint
- ☐ Submit Sick Call Request
- ☐ Submit Request to Dental
- ☐ Evaluated by Medical: Date Seen
- ☐ Send an Offender Request To:
- ☒ Other (Provide detailed explanation below)

Tylenol 500mg tablet x2 Administered, Toradol PRN Dose Due @ 22:00, Placed the Inmate on the Nurse Practitioner list to be seen

☐ Your grievance has been determined to be an emergency and the following action has been taken:

- ☐ Sent to Hospital: Date Transported
- ☐ Other (Provide detailed explanation below)

Received from
AUG 1 9 2024
Regional Office

Date/Time: 5/11/2024 18:15
Respondent Signature: J. Leach
Name/Title Printed: J. Leach/RN

☐ **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment ☐ Will be referred for Investigation

Determination by: ______________________
Signature | Name/Title Printed | Date/Time

Distribution: Original Grievance returned to Offender, Copy forwarded to Institutional Ombudsman/Grievance Coordinator

VIRGINIA DEPARTMENT OF CORRECTIONS — Health Services Complaint and Treatment Form 720_F17_11-20

# Health Services Complaint and Treatment Form

**Facility:** RED ONION STATE PRISON

**Inmate Name:** Bowman (Last) Sidney (First) **DOC #:** 1396143

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 5/9/24 0530 | Δ of shift rounds. NAD noted — | K White RN |
| 5/9/24 0730 | C-none | |
| | O-A&OX3. RR even + unlabored. | |
| | refused meds + VS. lying on cell | |
| | bunk. NAD noted. | |
| | I-WCTM — | K White RN |
| 05-09-24 0855 | - Tylenol 500mg x2 PO TID PRN | ✓ noted |
| | x 30 days | KWRN |
| | - Doxycycline 100mg PO BID | 5/9/24 |
| | x 7 days - picking up @ pharmacy | [illegible] |
| | - DC Motrin | |
| | - Toradol 10mg PO QID PRN | noted |
| | x 5 days + 6 hours PRN | [illegible] KWRN |
| 5-9-24 2359 | 24 hr. CR - S. Fletcher RN | 5/9/24 |
| 5-9-24 1730 | Δ of shift rounds made. NAD noted — | S. Fletcher RN |
| Late entry 1930 | S- Requesting gauze and tape | |
| | O- A&OX3. Standing @ cell | |
| | door. Resp. even and unlabored | |
| | VS refused. Gauze and tape | |
| | given to inmate for post-op | |
| | dressing. Appears in no distress | |
| | I- Will continue to monitor — | S. Fletcher RN |
| 5-10-24 0530 | Δ of shift rounds. NAD n — | [illegible] |
| 5-10-24 0700 | C-no | |
| | O- A&OX 3 RR even & | |
| | unl. NAD noted. refused VS | |
| | Ø comp. [illegible] | |
| | I - WCTM — | [illegible] |
| | | |
| | | |

VIRGINIA DEPARTMENT OF CORRECTIONS
Health Services Complaint and Treatment Form 720_F17_11-20

# Health Services Complaint and Treatment Form

**Facility:** RED ONION STATE PRISON

**Inmate Name:** Bowman (Last) Sidney (First) **DOC #:** 1396143

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 5-11-24 @ 17:30 | Δ of Shift Rounds Made, IM Standing @ sink w/ Head Down, NAD Noted Currently, Resp. WNL and Unlabored, IM s̄ any Medical Complaints — | [signature] RN |
| 18:00 | C: Called Per Security Emergency Grievance IM Complaints of Severe Pain Anally Post Surgery, Pain Worse w/ sitting Down | |
| | O: Assessed IM @ Cell Door, He "Wants to be seen by NP", States Having Burning Pain, No Bleeding (Actively) observed. / Currently, Gauze Given to IM For Any Additional Drainage, Toradol Dose PRN Due 22:00 | |
| | I: WCTM in Medical | |
| Noted 5/11/24 @18:23 [signature] NP | V/O: NP L Holbrook Per Nursing Guidelines: CC: VAUGHN — Tylenol 500mg tab x2 For 5days — Place the IM on NP List to be seen — | [signature] / RN; [signature] / RN |
| 5/11/24 @ 20:58 Noted 5/11/24 @21:30 [signature] | V/O: NP L. Holbrook Via email: — Tylenol 500mg tab x2 TID PRN X15days | [signature] NP; [signature] / RN |
| 5-12-24 @ 5:50 | Δ of Shift round made, none noted | RN |
| 5-12-24 @ 7 | C - none | |
| | O - AAOX3 Standing @ cell door resp even & unlabored, rel VS | |
| | A [illegible] | |
| | I - WTCM | RN |
| 5-12-24 @ 17:30 | Δ of Shift Rounds Made, IM Standing @ Cell Door AAO, NAD Noted, IM s̄ any Medical Complaints Currently, IM States He Feels Better than Yesterday — | [signature] / RN |

Virginia Department of Corrections

# Offender Grievance Response - Level II

DOC Location:
Report generated by Whitehead, D W
Report run on 11/06/2023 at 01:35 PM

**Offender Name:** Bowman, Sidney L Jr.
**DOC #**1396143
**Current Location:** Red Onion State Prison
**Housing:** C-3-309-B
**Filed:** Red Onion State Prison
**Grievance Number:** ROSP-23-REG-00615
**Finding:** Resolvable
**Finding Reason:**

LEVEL II: (To be completed and mailed within 20 calendar days)

**LEVEL II Response : Health Services Director**

Your grievance appeal and the Level I grievance response has been reviewed. In your grievance, you allege that while in medical from 9/11/23 to 9/16/23, you sent several request forms complaining about symptoms and requesting to be seen. None of these was answered.

Based on the information provided and upon further investigation, the Level I response of **UNFOUNDED** will be **OVERTURNED** and designated as **RESOLVABLE**. Upon investigation into your claims, a review of your medical records showed that the nurses documented an evaluation of you on September 7 and 12, 2023 while you were housed in the MOU. Per OP 720.2 "Vital signs, complaints, and observations will be completed within two hours of the start of every nursing shift." A corrective action plan will be requested of medical pertaining to this issue.

**OP 720.2** governs this issue.

No further action is needed from this level. **In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

| Level II Respondent | Date |
|---|---|
| JHDm (signature) | 11/6/23 |

Received from Regional Office NOV 14 2023

# Written Complaint

RECEIVED
SEP 2 1 2023
ROSP Medical

**Instructions for filing**

- You should first use the verbal complaint process [illegible]
- You must explain your issue in the space provided below [illegible]
- You must fill your *Written Complaint* form out completely and correctly.
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment [illegible] when the informal complaint process is satisfied by other documentation.

Sidney Bowman — Offender Name
1396143 — Offender Number
C-308 — Housing Assignment
Medical
9-11-23 - 9-16-23 — Date/Time of Incident

TO: Warden
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

While in medical from the days of 9-11-23 thru 9-16-23 I Sent several request forms complaing about my symptons and asking to be seen I personally handed Nurse jenkins & nurse craft two apiece. Nurse Jenkins on 9-11-23 and nurse craft two on 9-12-23. So I know they were turned in. On 9-16-23 I had the C/o take two more request forms to the nurses station. I still have brain fogs so i can't remember any more, but never the less none of these request were answered or returned to me.

Offender Signature: [signature] Date: 9/18/2023

**Offenders - Do Not Write Below This Line**

Date Received: 9/20/23 Response Due: 10/5/23 Log Number: ROSP-23-INF-03777

Assigned to: medical

Action Taken/Response:

No such request has been received

[signature] — Respondent Signature
D. Trent, RN — Printed Name and Title
10/3/23 — Date

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once in a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: Date:

Staff Witness: Date:

Received from Regional Office NOV 14 2023

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_10-20

# Regular Grievance

ROSP-23-REG-00615
Log Number: ~~ROSP-23-INF-03727~~

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Bowman, Sidney
**Offender Name (Last Name, First)**

1396143
**Offender Number**

C-308
**Housing Assignment**

Medical
**Individuals Involved in Incident:**

9-11-23 9-16-23
**Date/ Time of Incident**

**Results of the Informal Complaint Process** (Select one of the below)

- [x] *Written Complaint* on this issue attached
- [ ] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

while in medical from the days of 9-11-23 thru 9-16-23 i sent several request forms complaining about blurry vision; light bothering my eyes, headaches, dizziness; my jaw being in pain; The scarring of my face not being given anything for it. while in Med#6 I personally gave nurse Jenkins a request at morning & evening pill pass on 9-11-23. I gave nurse craft two request forms at evening pill pass 9-12-23 (or 9-13-23). on 9-16-23 i gave the c/o who worked the medical unit a request form to take the nurse right after morning pill pass (within approx 40 mins). I complained about being in pain and not getting any treatment besides 5 days of Tylenol & Motrin. I was Never seen or assessed from what i been told was signs of a concussion (from my family) because this was an after result of being assaulted by staff C/o's. Medical done everything but directly denied me Medical treatment. I was never given or put in a concussion protocol from the above symptoms and feel naseous. i was given an x-ray cause my face was swollen badly, but All other treatment or test was Never given and I still go through a lot of this. Violating my 8th Amendment right.

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

To have my constitutional rights; statutory right; and procedural rights upheld. To be immediately seen by a Doctor and see a specialist for my head injury; To have an investigation conducted into where my sick calls went; on these days; To be transferred to a prison in the eastern region

Received from
NOV 14 2023
Regional Office

[signature]
**Offender Signature**

10/5/2023
**Date**



Hand written copy 1 of 2

Virginia Department of Corrections

# Offender Grievance Response - Level I

DOC Location: ROSP Red Onion State Prison
Report generated by Vilbrandt, C S
Report run on 10/18/2023 at 08:25 AM

| | |
|---|---|
| **Offender Name:** Bowman, Sidney L Jr. | **DOC #**1396143 |
| **Current Location:** Red Onion State Prison | **Housing:** C-3-308-B |
| **Filed:** Red Onion State Prison | **Grievance Number:** ROSP-23-REG-00615 |
| **Finding:** Unfounded | **Finding Reason:** |

LEVEL I: Level 1 Response (To be completed and mailed within 30 calendar days)

**Grievance Summary**: In your grievance, you state, while in Medical from 9/11/23 to 9/16/23, you sent several request forms complaining about symptoms and requesting to be seen. None of these were answered.

**Informal Summary:** Your Written Complaint was responded to by D. Trent, RNCB, and states No such request has been received.

**Investigation**: D. Trent, RNCB, states "You were housed in Medical on 9/7/23 for observation. You were assessed by an RN on 9/7/23. Vital signs were stable. You were assessed by physician on 9/7/23. X-rays were due on 9/8/23. X-ray of head was normal. Nursing documented on you every shift while housed in Medical. There is no documented complaints in your record. You were again assessed by physician for follow-up on 10/12/23. Further treatment ordered."

**Procedure/Practice: Operating Procedure 720.1 Access to Health Services**

In accordance with the above information, this grievance is considered **UNFOUNDED**. No further action appears necessary at this time.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services Director, PO Box 26963, Richmond, VA 23261-6963

Level I Respondent Signature [signature] Rick White, Warden | Date 10-23-23

I wish to appeal the Level I response because: I disagree with the investigation. I Never Seen the physician until 10/12/23. I should have had a concussion protocol I was told to put in sick call forms because I was no longer under medical observation as of 9/9/23. So I had to file sick call forms as if I was back in the pod which I done several times. I had my vitals checked and sent right back to the pod I was under a camera the entire time I was in medical. when getting my vitals and when they bring me back. between the hours on 8:30 - 10:30 A.M on 9/7/23 once I was placed in med#2. I was never Assessed by a physician

Offender Signature [signature] | Date 10-25-2023

RECEIVED
OCT 31 2023

Received from Regional Office
NOV 14 2023

Distribution: Original returned to Offender, Copy forwarded to Institutional Ombudsman

**[Detach here]**

Log #: 181943

## PART C- RECEIPT

| Bowman | Sidney | 1396143 | ROSP | C-137 |
|---|---|---|---|---|
| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

I acknowledge receipt of this complaint from the above offender. [Complete and issue to offender if taking from their presence for response.]

| 7/1/24 6:13pm | S. BURKE | S. BURKE |
|---|---|---|
| Date/Time | Recipient's Signature (Staff Member) | Name/Title Printed |

*Revision Date: 9/3/20*

Distribution: Original returned to Offender, Copy forwarded to Institutional Ombudsman

Log #: 181946

**[Detach here]**

## PART C- RECEIPT

| Offender Last Name | First | Number | Facility | Building-Cell/Bed |
|---|---|---|---|---|
| Bowman | Sidney | 1396143 | ROSP | C-137 |

I acknowledge receipt of this complaint from the above offender. [Complete and issue to offender if taking from their presence for response.]

| Date/Time | Recipient's Signature (Staff Member) | Name/Title Printed |
|---|---|---|
| 10:49 am 07-04-24 | [signature] | [signature] |

*Revision Date: 9/3/20*

VIRGINIA DEPARTMENT OF CORRECTIONS

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Emergency Grievance** 866_F4_9-20

## Emergency Grievance

Log # 181943

The emergency grievance process provides a method for offender reporting and expedited staff responses to situations or conditions that may subject the offender to an immediate risk of serious personal injury or irreparable harm to include alleged sexual abuse or sexual harassment and/or allegations that an offender is subject to a substantial risk of imminent sexual abuse.

| Offender Last Name | First | Number | Facility | Building-Cell/Bed |
|---|---|---|---|---|
| Bowman | Sidney | 1396143 | ROSP | C-137 |

### Part A - Offender Claim

**In the space provided explain your emergency (be specific):** I am in serave pain I still have a open wound on the inside butt check that still bleeds, and swells. When I use the bathroom and wipe myself Alot of blood end up on the tiolet paper. This is my second Emergency grievance about this and I've filed several sick call request and spoke with RN Trent 7-5-24 approx 2:19 p.m. and have not been seen. I have blood and puss continuously leaking out of me everyday. I have been asking for pain Meds because my pain stays between 8-10.

Date/Time: 7-11-2024 3:24 p.m.

Offender Signature and Number: S. Bow #1396143

### PART B - Staff Response

**(The below section is to be completed by designated staff. The response must be returned to the offender within eight-hours or sooner, when necessary to protect the offender from serious personal injury or irreparable harm)**

☐ **(PREA)** Your grievance regarding an alleged incident of sexual abuse or sexual harassment was referred for investigation. The Facility Unit Head and PREA Compliance Manager have been notified.

☐ **(Emergency)** Your grievance has been determined to be an emergency and the following action has been taken:

☐ Sent to Hospital: Date/Time Transported ____ / ____ ☐ Other (Provide detailed explanation below)

☒ **(Non-emergency)** Your grievance does not meet the definition of an emergency, because the information provided does not indicate that you are subject to an immediate risk of serious personal injury or irreparable harm. You should address your issue as follows:

☐ Submit Written Complaint
☐ Submit Sick Call Request
☐ Submit Request to Dental
☒ Evaluated by Medical: Date Seen 7/11/2024
☐ Send an Offender Request To:
☒ Other (Provide detailed explanation below)

Administered Tylenol and Motrin, Provided Gauze for wound, Placed the inmate on the Nurse Practitioner List to be seen

Date/Time: 7/11/24 @ 19:05

Respondent Signature: J. Leach

Name/Title Printed: J. Leach/RN

# Health Services Complaint and Treatment Form

**Facility:** Red Onion State Prison

**Inmate/CCAP Probationer/Parolee Name:** Bowman (Last) Sidney (First) **DOC #:** 1396143

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 7/11/24 @ 19:05 | C: Called Per Security to see the IM w/ Emergency Grievance Complaint of Severe Pain and Recurring Symptoms of Infection to (R) Buttock | |
| T-96.8 temporal | O: IM A&Ox4, Resp. WNL and Unlabored, IM Standing Outside Cell Door Restrained, IM Exhibits Signs of Pain w/ Occasional Grimace/Moan, States Pain is 8/10 Level Constant Throbbing, States Having Yellow/Clear Drainage - observed on His Clothing He Provided w/ a couple Drops of Blood on Clothing Visible, IM States He Ran Out of Hibiclens - 2 Empty Bottles Observed - ordered Refill on Sapphire, VS taken, Gauze Provided, NAD Noted Currently | |
| BP-122/88 | | |
| HR-73 | | |
| RR-18 | | |
| Spo2-99% RA | | |
| Pain-8/10 | | |
| | I: V/O: NP L. Holbrook Per Nursing Guidelines: | 7-11-24 24HR CRC P.N |
| | - Tylenol 500mg tab Q/day X 5 days | |
| | - Motrin 200mg tab X2 BID for 5 days | |
| Noted 7/11/24 @ 19:39 J. Lead/RN | - Place IM on NP List to be seen for Recurrent Complaint of Possible Recurring Infection to (R) Buttock | CC: VAUGHN |
| | Follow Up w/ Medical As Needed | J. Lead RN |

# Health Services Complaint and Treatment Form

**Facility:** RED ONION STATE PRISON

**Inmate Name:** Bowman (Last) Sidney (First) **DOC #:** 1396143

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 07/18/24 | C: I/M seen c̄ c/o perirectal abscess | |
| 1140 | that's been leaking pus for days. | |
| Wt 181 | He verbalizes he feels bloated / swollen | |
| T 98.2 | in his ABD + back. | |
| P 79 | O: A+O NAD gait steady | |
| R 18 ↓ | Officer Bray + nurse assistant Mullins present ↓ | |
| BP 122/83 | consent obtained. | |
| O2 99% | perirectal abscess present @ 1° clock. | |
| | that's draining seropurulent fluid. | |
| | No erythema or edema present | |
| | I: ·refilled hibiclens | |
| CC: Turner | · Augmentin 875mg PO BID x 7 days | |
| | · Refer back to Dr. Damato. | |
| | recurrent perirectal abscess. | |
| Noted 7/18/24 @23:2[illegible] | · Tylenol 500mg x2 PO BID | |
| | PRN x 30 days. | |
| | · F/U PRN | |
| 7-19-24 0930 | 24 hr CR ——— J Adams LPN | |
| | | |
| 7-31-24 | Scheduled Dr. Damato 8-12-24 | M. Turner |
| | @ 1:30pm ——— | PST |
| 8-7-24 Approx 7:30 | C- Inmate hoarding the cups he receives | |
| | medication in. | |
| | O- Inmate had a stack of cups on his | |
| | shelf in his cell that he receives his medication | |
| | in. | |
| | I- Asked inmate to give me his cups | |
| | back that he had on the shelf. Inmate | |
| | refused to give them back at this time. I | |
| | only received the cups back that I gave on pill | notified Trent |
| | pass this morning. Asked security to get the cups | and Lt. Holbrook via E-mail. |
| | back at this time. I was informed that they would. | |
| | Follow up with medical at this time ——— | M. Castell LPN |