IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

FEB 17 2026

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

SIDNEY BOWMAN, JR.,
Plaintiff

V.

Civil Action NO. 7:25-CV-00676

P. KOTAY, et al.,
Defendant

# MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff, Sidney Bowman Jr., pursuant to §1915, requests this court to appoint counsel to represent him in this case for the following reasons.

1. The plaintiff is unable to afford counsel.
2. The issues in this case are medically complex.
3. The plaintiff, as a (segregation) restorative housing inmate, has limited access to the law library
4. Over 30 days ago, the plaintiff wrote letters to three law groups, ACLU of Virginia, and

Blue Ridge legal society, Legal Aid Justice Center. Asking them to handle his case but he has not heard from any of them.

5. The plaintiff has a limited knowledge of the law.

WHEREFORE, this Honorable Court should appoint counsel to represent the plaintiff

Signed this 10th day of February, 2026

Respectfully Submitted,

(S) Bow

Sidney Bowman #1396143
VADOC centralized Mail Distribution Center
3521 Woods Way
State Farm, VA 23160

Sidney Bowman #1396143
Red Onion State Prison
P.O. Box 970
Pound, VA 24279

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

CHARLOTTE NC LPC 281
13 FEB 2026 PM 6 L

RECEIVED DATE
FEB 12 2026
MAILROOM

United States District Court
Office of the Clerk
210 Franklin Road, Suite 540
Roanoke, VA 24011-2208

RECEIVED
FEB 17 2026
USDC Clerk's Office
Mail Room

"LEGAL MAIL"

24011-220803