IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke DIVISION

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

FEB 17 2026

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

Sidney BOWMAN, Jr.,
Plaintiff

V.

CIVIL Action NO. 7:25-CV-00676

KOTAY, et al.,
Defendants

# Declaration IN SUPPORT OF PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL

SIDNEY BOWMAN states:

1. I am the plaintiff in the above-entitled case. I make this declaration in support of my motion for this appointment of counsel.
2. The Complaint in this case alleges that plaintiff was subjected to repeated delays, denials of medical treatment, and denial of proscribe medication by defendants, leaving plaintiff in pain
3. This is a complex case because it contains several different claims, with each claim involving a different set of legal claims and defendants
4 The case involves Medical issues that may require expert Testimony.

5. The plaintiff has demanded a jury trial

6. The case will require discovery of documents and depositions of a number of witnesses

7. The testimony will be in sharp conflict, since the plaintiff alleges that the defendants denied, delayed, and refused him medical care, while the defendants Answer to plaintiff complaints asserts they did give him proper care.

8. The plaintiff has a high school education and limited legal education

9. The plaintiff is housed in Restorative Step-Down Program( Formely Restrictive Housing). For this reason, he has very limited access to legal materials and has no ability to investigate the facts of the case, for example, by locating and interviewing other inmates and prison staff witnesses to medical care.

WHEREFORE, the plaintiff's Motion for appointment of Counsel should be granted.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of February, 2026
Respectfully submitted,
/s/ Bow
Sidney Bowman #1396143
VADOC Central Mail Distribution center
3521 Woods Way
State Farm, VA 23160